# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TRIDIA CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>BLACK BOX CORPORATION<br><br>    Defendant. | CIVIL ACTION NO. |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Local Rules, the undersigned Counsel of Record for Plaintiff Tridia Corporation ("Plaintiff") hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement.

(1)   The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all plaintiffs, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of plaintiffs:

  Plaintiff:   Tridia Corporation

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Vincent Frese II
- John P. Jarrett

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

| **Attorneys for Plaintiff** | **Attorneys for Defendant** |
| --- | --- |
| Douglas D. Salyers, Esq.<br>**Troutman Sanders LLP**<br>600 Peachtree Street, NE<br>Suite 5200<br>Atlanta, Georgia 30308-2216<br>Phone:  (404) 885-3000<br>doug.salyers@troutmansanders.com | None known at this time. |

Submitted this 7th day of November, 2014.

                           *s/ Douglas D. Salyers*
                           Douglas D. Salyers, Esq.
                           Georgia Bar No. 623425
                           **TROUTMAN SANDERS LLP**
                           600 Peachtree Street, NE, Suite 5200
                           Atlanta, Georgia 30308-2216
                           Phone:  (404) 885-3000
                           Fax:  (404) 962-6745
                           doug.salyers@troutmansanders.com

Attorneys for Plaintiff
*Tridia Corporation*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing was prepared using Times New Roman 14-point font, and otherwise conforms to the requirements of Local Rule 5.1.

TROUTMAN SANDERS LLP

*s/ Douglas D. Salyers*

## CERTIFICATE OF SERVICE

I hereby certify on November 7, 2014 the foregoing *Defendant's Certificate of Interested Persons and Corporate Disclosure Statement* was filed using the Court's CM/ECF system which will send notification of the same to all counsel of record.

> TROUTMAN SANDERS LLP
>
>  *s/ Douglas D. Salyers*