AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____<br>*Plaintiff* | )<br>) |  |
| v. | ) | Case No. |
| _____<br>*Defendant* | )<br>)<br>) |  |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____                                  _____
                                                                                   *Attorney's signature*

                                                                        _____
                                                                                *Printed name and bar number*

                                                                        _____
                                                                                              *Address*

                                                                        _____
                                                                                         *E-mail address*

                                                                        _____
                                                                                      *Telephone number*

                                                                        _____
                                                                                           *FAX number*