IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TRIDIA CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>BLACK BOX CORPORATION<br><br>  Defendant. | CIVIL ACTION NO.:<br>1:14-cv-03610-SCJ |

### CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND INCORPORATED MEMORANDUM OF LAW

Plaintiff Tridia Corporation ("Tridia"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and this Court's Local Rule 7.1, moves the Court for an extension of time for Defendant Black Box Corporation to answer or otherwise respond to Plaintiff Tridia's Complaint to and through December 22, 2014.

As set forth below, there is good cause for the extension, Defendant's counsel has requested the extension, and Plaintiff's counsel has consented.

In support of this Motion, the Parties show the Court as follows:

1. Plaintiff filed its Complaint on November 7, 2014.

2. The original time for Defendant to answer or otherwise respond to Plaintiff's Complaint has not expired. <u>See</u> Fed. R. Civ. P. 6(b).

3. Defendant has yet to retain outside counsel in this matter.

4. Plaintiff's counsel has consented to the requested extension.

WHEREFORE, Plaintiff Tridia respectfully requests that the time for Defendant Black Box's response to Plaintiff's Complaint be extended to and through December 22, 2014.

This 2nd day of December, 2014.

        *s/ Puja R. Patel*
Douglas D. Salyers
Georgia Bar No. 623425
James E. Schutz
Georgia Bar No. 630172
Puja R. Patel
Georgia Bar No. 320796
TROUTMAN SANDERS LLP
600 Peachtree Street, N.E., Suite 5200
Atlanta, Georgia 30308-2216
douglas.salyers@troutmansanders.com
james.schutz@troutmansanders.com
puja.patel@troutmansanders.com
Telephone: (404) 885-3000
Facsimile: (404) 885-3900

*Attorneys for Plaintiff*

Consented to by:

*s/ John Goodman*
John Goodman, Esq.
Senior Attorney
Black Box Corporation
john.goodman@blackbox.com

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing was prepared using Times New Roman, 14-point font, and otherwise conforms to the requirements of Local Rule 5.1.

                                 TROUTMAN SANDERS LLP

                                 s/ *Puja R. Patel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2014, I served the foregoing CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND INCORPORATED MEMORANDUM OF LAW by e-mail to:

John Goodman, Esq.
Black Box Corporation
john.goodman@blackbox.com

TROUTMAN SANDERS LLP

 s/ *Puja R. Patel*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TRIDIA CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>BLACK BOX CORPORATION<br><br>  Defendant. | CIVIL ACTION NO.:<br>1:14-cv-03610-SCJ |

# [PROPOSED] ORDER

With the consent of the parties and for good cause shown, the time within which the Defendant may answer or otherwise respond to the Complaint in this case is extended to and including December 22, 2014.

So ordered this ___ day of December, 2014.

_____
The Honorable Steve C. Jones
United States District Judge
Northern District of Georgia