AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-cv-3610

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Black Box Corporation**
was received by me on *(date)* **11/14/2014** .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Amy McLaren, Managing Agent**, who is designated by law to accept service of process on behalf of *(name of organization)* **Black Box Corporation** at **Corporation Trust Co., Registered Agent** on *(date)* **11/14/2014** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **11/17/2014**

*Server's signature*

**Daniel Newcomb, Process Server**
*Printed name and title*

**MLQ Attorney Services**
**2000 Riveredge Parkway, Suite 885**
**Atlanta, GA  30328**
*Server's address*

Additional information regarding attempted service, etc:
Service was made on 11/14/2014 at 3:00 PM, at Corporation Trust Co., 1209 Orange St., Wilmington, DE 19801

Documents Served:  Summons in a Civil Action; Civil Cover Sheet; Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement; and Complaint for Patent Infringement


434529