UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRIDIA CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BLACK BOX CORPORATION, )<br>)<br>Defendant. )<br>)<br>) | **Civil Action File No.**<br>**1:14-cv-3610-SCJ** |

**CONSENT MOTION FOR EXTENSION OF TIME
FOR DEFENDANT TO ANSWER, MOVE
OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant Black Box Corporation and plaintiff Tridia Corporation, by and through their respective undersigned counsel, jointly file this motion to extend the time for Black Box to answer, move, or otherwise respond to Tridia's Complaint through and including January 9, 2015.

Tridia filed its Complaint on November 7, 2014, and the parties agreed to a first extension in the time to answer to today, December 22, 2014.  Black Box only recently retained undersigned counsel in this matter.  Counsel for Black Box requires additional time to investigate the allegations in the Complaint in order to answer, move, or otherwise respond.  This extension will not unduly delay the

case, but will give Black Box the opportunity to complete its investigation and respond to the claims raised in the Complaint.

The parties have attached as Exhibit A a proposed Consent Order for the Court's consideration.

Respectfully submitted this 22nd day of December, 2014.

CONSENTED TO BY:

| | |
|---|---|
| s/ Douglas D. Salyers | /s/ Jeffrey J. Toney |
| Douglas D. Salyers, Esq. | Jeffrey Toney, Esq. |
| Georgia Bar No. 623425 | Georgia Bar No. 714615 |
| TROUTMAN SANDERS LLP | KASOWITZ, BENSON, TORRES & |
| Bank of America Plaza | FRIEDMAN LLP |
| 600 Peachtree Street NE, Suite 5200 | 1349 West Peachtree Street, N.W. |
| Atlanta, GA 30308-2216 | Suite 1500 |
| Tel: 404.885.3208 | Atlanta, Georgia 30309 |
| Fax: 404.885.3900 | Telephone: (404) 260-6080 |
| doug.salyers@troutmansanders.com | Facsimile: (404) 260-6081 |
| | jtoney@kasowitz.com |
| *Attorney for Plaintiff Tridia Corporation* | *Attorneys for Defendant Black Box Corp.* |

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(c) and 7.1.D.

This 22nd day of December, 2014.

                                                /s/  Jeffrey J. Toney
                                                Jeffrey J. Toney
                                                Georgia Bar No. 714615

## **CERTIFICATE OF SERVICE**

This is the certify that on this 22nd day of December, 2014, I electronically filed the within and foregoing **Consent Motion For Extension Of Time For Defendant To Answer, Move Or Otherwise Respond To The Complaint** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Douglas D. Salyers, Esq.
>Georgia Bar No. 623425
>TROUTMAN SANDERS LLP
>Bank of America Plaza
>600 Peachtree Street NE, Suite 5200
>Atlanta, GA 30308-2216
>doug.salyers@troutmansanders.com

This 22nd day of December, 2014.

>/s/  Jeffrey J. Toney
>Jeffrey J. Toney
>Georgia Bar No. 714615