UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRIDIA CORPORATION<br><br>　　　Plaintiff,<br><br>v.<br><br>BLACK BOX CORPORATION,<br><br>　　　Defendant. | Civil Action File No.<br>1:14-cv-3610-SCJ |

**[Proposed] ORDER**

The Court, upon good cause shown, hereby grants the parties' joint Consent Motion for an extension of time for defendant to answer, move or otherwise respond to plaintiff's complaint.  The motion at Doc. No. [10] is GRANTED.

It is ORDERED that defendant shall so respond to plaintiff's complaint on or before January 9, 2015.

ENTERED on this 22nd day of December, 2014.

　　　　　　　　　　　　　　　　　　　s/Steve C. Jones
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Judge

EXHIBIT A