UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TRIDIA CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | **Civil Action File No.** |
| | ) | **1:14-cv-3610-SCJ** |
| v. | ) | |
| | ) | |
| BLACK BOX CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**THIRD CONSENT MOTION FOR EXTENSION OF TIME
FOR DEFENDANT TO ANSWER, MOVE
OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant Black Box Corporation and plaintiff Tridia Corporation, by and through their respective undersigned counsel, jointly file this motion to extend the time for Black Box to answer, move, or otherwise respond to Tridia's Complaint through and including February 9, 2015.

Tridia filed its Complaint on November 7, 2014, and the parties agreed to two extensions in the time to answer; the Court granted each extension, such that the answer is currently due January 9, 2015.  In the past week, the parties agreed in principle to the major terms of a tentative settlement, and seek this further extension to allow the parties time to memorialize that settlement.  This extension will not unduly delay the case, but will give the parties sufficient time to finalize

their settlement without engaging in the time and expense of preparing answers, counterclaims, and responses to counterclaims.

The parties have attached as Exhibit A a proposed Consent Order for the Court's consideration.

Respectfully submitted this 7th day of January, 2015.

CONSENTED TO BY:

| /s/ Puja R. Patel | /s/ Jeffrey J. Toney |
|---|---|
| Douglas D. Salyers, Esq. | Jeffrey Toney, Esq. |
| Georgia Bar No. 623425 | Georgia Bar No. 714615 |
| Puja R. Patel, Esq. | KASOWITZ, BENSON, TORRES & |
| Georgia Bar No. 320796 | FRIEDMAN LLP |
| TROUTMAN SANDERS LLP | 1349 West Peachtree Street, N.W. |
| Bank of America Plaza | Suite 1500 |
| 600 Peachtree Street NE, Suite 5200 | Atlanta, Georgia 30309 |
| Atlanta, GA 30308-2216 | Telephone: (404) 260-6080 |
| Tel: 404.885.3208 | Facsimile: (404) 260-6081 |
| Fax: 404.885.3900 | jtoney@kasowitz.com |
| doug.salyers@troutmansanders.com | |
| | *Attorneys for Defendant* |
| *Attorney for Plaintiff Tridia Corporation* | *Black Box Corp.* |

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(c) and 7.1.D.

This 7th day of January, 2015.

                                              /s/  Jeffrey J. Toney
                                              Jeffrey J. Toney
                                              Georgia Bar No. 714615

## **CERTIFICATE OF SERVICE**

This is the certify that on this 7th day of January, 2015, I electronically filed the within and foregoing **Third Consent Motion For Extension Of Time For Defendant To Answer, Move Or Otherwise Respond To The Complaint** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> Douglas D. Salyers, Esq.
> Georgia Bar No. 623425
> TROUTMAN SANDERS LLP
> Bank of America Plaza
> 600 Peachtree Street NE, Suite 5200
> Atlanta, GA 30308-2216
> doug.salyers@troutmansanders.com

This 7th day of January, 2015.

/s/  Jeffrey J. Toney
Jeffrey J. Toney
Georgia Bar No. 714615