# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TRIDIA CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BLACK BOX CORPORATION, )<br>)<br>Defendant. )<br>)<br>) | **Civil Action File No.**<br>**1:14-cv-3610-SCJ** |

## [Proposed] ORDER

The Court, upon good cause shown, hereby grants the parties' joint Third Consent Motion For An Extension Of Time For Defendant To Answer, Move Or Otherwise Respond To Plaintiff's Complaint.

It is ORDERED that defendant shall so respond to plaintiff's complaint on or before February 9, 2015.

ENTERED on this ___ day of _____, 2015.

_____
United States District Judge

## EXHIBIT A