IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TRIDIA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BLACK BOX CORPORATION<br><br>    Defendant. | CIVIL ACTION NO.<br>1:14-cv-03610-SCJ |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS, Tridia Corporation ("Tridia") and Black Box Corporation ("Black Box") have resolved all matters between them in the controversy complained of in Civil Action Nos. 1:14-CV-03610;

WHEREAS, by and through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby agree and stipulate to the dismissal of the aforementioned action WITH PREJUDICE, with each party bearing their own fees and expenses.

This 5th day of February, 2015.

2

| Filed by: | Consented to by: |
|---|---|
| s/ Douglas D. Salyers | s/ Jeffrey J. Toney |
| Douglas D. Salyers | Jeffrey J. Toney |
| Georgia Bar No. 623425 | Georgia Bar No. 714615 |
| Troutman Sanders LLP | Kasowitz, Benson, Torres & Friedman LLP |
| 600 Peachtree Street, N.E., Suite 5200 | 1349 West Peachtree Street, N.W. |
| Atlanta, Georgia 30308 | Suite 1500 |
| douglas.salyers@troutmansanders.com | Atlanta, Georgia 30309 |
| Telephone: (404) 885-3000 | Tel. (404) 260-6105 |
| Facsimile: (404) 885-3900 | Fax. (404) 393-9888 |
| | JToney@kasowitz.com |
| ***Attorneys for Plaintiff Tridia Corporation*** | ***Attorneys for Defendant Black Box Corporation*** |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing was prepared using Times New Roman, 14-point font, and otherwise conforms to the requirements of Local Rule 5.1.

TROUTMAN SANDERS LLP

s/ *Douglas D. Salyers*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2015, the foregoing was filed using the Court's CM/ECF system, which will send notice to all counsel of record.

TROUTMAN SANDERS LLP

s/ *Douglas D. Salyers*